MARY A. STEMMLER and Others, Respondents, v. F. H. RHODES & SON, INC.,

Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for extension of time to remove structures granted and time extended to December 1, 1931. The granting of this stay shall not be deemed to permit the operations enjoined. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.